UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ANTHONY ORTEGA,<br><br>                    Petitioner,<br><br>         v.<br><br>MARION E. SPEARMAN,<br><br>                    Respondents. | Case No.   2:23-cv-00629-JDP (HC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS THAT THE AMENDED PETITION BE DISMISSED<br><br>ECF No. 1<br><br>Fourteen Day Deadline |

Petitioner, proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254.  The conviction at issue, which occurred in 2010, was the subject of two previous habeas petitions filed in this court, one of which was decided on the merits.  *See Ortega v. Spearman*, No. 2:13-cv-01913-JKS at ECF Nos. 41 & 50 (denied on the merits and affirmed on appeal); Ortega v. Spearman, No. 2:17-cv-01420-JAM-KJN at ECF No. 7 (finding that petitioner must petition the Ninth Circuit for authorization to file a second petition).  The current petition does not indicate that petitioner has obtained authorization to file a successive petition and I recommend that this action be dismissed.  If petitioner has, in fact, obtained authorization to file a successive petition, he may indicate as much in his objections to these recommendations.

Accordingly, it is ORDERED that the Clerk of Court is directed to assign a district judge to this case.

Further, it is RECOMMENDED that the petition, ECF No. 1, be DISMISSED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    April 10, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2